UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

    Plaintiff,

v.

BLUE COAT SYSTEMS, INC.,

    Defendant.

Case No. 15-cv-03295-RS

**ORDER REFERRING CASE FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Beth Labson Freeman for consideration of whether the case is related to *Finjan, Inc. v. Blue Coat Systems, Inc.*, 13-cv-3999-BLF.

**IT IS SO ORDERED.**

Dated: July 28, 2015

RICHARD SEEBORG
United States District Judge