UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| FINJAN, INC., | |
|---|---|
| Plaintiff, | Case No. 5:15-cv-03295-BLF |
| v. | **CASE MANAGEMENT ORDER** |
| BLUE COAT SYSTEMS, INC., | |
| Defendant. | |

On 12/17/2015, the parties appeared before Judge Beth Labson Freeman for a Case Management Conference.

IT IS HEREBY ORDERED that the following schedule shall apply in this case:

| EVENT | DATE OR DEADLINE |
|---|---|
| Claims Construction Tutorial | 12/02/2016 at 9:00 AM |
| Claims Construction Hearing | 12/09/2016 at 9:00 AM |
| Last Day to Disclose Experts | n/a |
| Fact Discovery Cut-Off | n/a |
| Expert Discovery Cut-Off | n/a |
| Last Day to Hear Dispositive Motions | 06/22/2017 at 9:00 AM |
| Final Pretrial Conference | 10/05/2017 at 1:30 PM |
| Trial | 10/30/2017 at 9:00 AM |

1   IT IS FURTHER ORDERED THAT all disputes with respect to disclosures or discovery
2   are referred to the assigned Magistrate Judge.
3   IT IS FURTHER ORDERED THAT the parties shall comply with the Court's standing
4   orders, which are available on the Court's website and in the Clerk's Office.
5   IT IS FURTHER ORDERED THAT the Parties are to file a stipulated schedule to
6   reducing claims by 03/01/2016.

Dated:  12/17/2015

_____
BETH LABSON FREEMAN
United States District Judge