UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>  Plaintiff,<br><br>  v.<br><br>BLUE COAT SYSTEMS, INC.,<br><br>  Defendant. | Case No.  15-cv-03295-BLF<br><br>**ORDER MOVING HEARING ON MOTION TO STAY TO 2 P.M. ON APRIL 28, 2016** |

The Court MOVES the hearing on the Blue Coat's motion to stay from 9 a.m. to 2 p.m. on April 28, 2016.

**IT IS SO ORDERED.**

Dated: April 13, 2016

_____
BETH LABSON FREEMAN
United States District Judge