# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

FINJAN, INC.,

    Plaintiff,

v.

BLUE COAT SYSTEMS, INC.,

    Defendant.

Case No. 15-cv-03295-BLF

**ORDER REGARDING MOTION TO STAY**

[Re: ECF 29]

On December 15, 2015, Defendant filed a motion to stay referencing several *inter partes* reviews and *ex parte* reexaminations. ECF 29. The Court ORDERS the parties to file a joint submission by April 27 at 12 p.m. updating the Court as to the status of these proceedings and their overlap with the asserted claims.

| Patent | Asserted Claim | IPR or Rexam Covering Asserted Claim | Instituted? or Anticipated Date of Institution Decision | Anticipated Date of Final Written Decision |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**IT IS SO ORDERED.**

Dated: April 22, 2016

BETH LABSON FREEMAN
United States District Judge