# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., <br>     Plaintiff, <br>     v. <br> BLUE COAT SYSTEMS, INC., <br>     Defendant. | Case No.  15-cv-03295-BLF <br><br> **ORDER VACATING HEARING ON PLAINTIFF'S MOTION TO STRIKE** |

Pursuant to Civil L.R. 7-1(b), the Court finds Plaintiff's motion to strike suitable for submission without oral argument and hereby VACATES the hearing scheduled for June 30, 2016.

**IT IS SO ORDERED.**

Dated: June 24, 2016

_____
BETH LABSON FREEMAN
United States District Judge