UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>BLUE COAT SYSTEMS, INC.,<br><br>    Defendant. | Case No. 15-cv-03295-BLF<br><br>**ORDER REGARDING (1) BLUE COAT'S MOTION FOR EXPEDITED DISCOVERY AND CONTINUANCE OF THE BRIEFING SCHEDULE FOR FINJAN'S PRELIMINARY INJUNCTION AND (2) FINJAN'S CROSS-MOTION FOR AN EXPEDITED HEARING DATE**<br><br>[Re: ECF 76] |

Before the Court is Blue Coat's administrative motion for expedited discovery and continuance of the briefing schedule for Finjan's motion for preliminary injunction. The parties have agreed to extend the due date of Blue Coat's opposition to the preliminary injunction to September 19, 2016. Mot. 2, ECF 76. Since the hearing date is not until November 10, 2016, the Court GRANTS the parties' stipulated extension regarding Blue Coat's opposition brief.

As to expediting discovery, Blue Coat has proposed potential discovery dates but has not sufficiently explained the scope of the discovery that it seeks. Accordingly, Blue Coat shall promptly file by no later than August 17, 2016 at 12:00 p.m., a proposed discovery schedule and plan that describes what it seeks and its relevance to the motion for preliminary injunction. Finjan may file a response to this proposed discovery plan by August 18, 2016 at 5:00 p.m. Each party's filing may be no more than 3 pages.

Finjan cross-moves for an earlier hearing date on its motion for preliminary injunction. ECF 81. The Court's calendar is so impacted that its next available hearing date is not until

1 December 2016.  Accordingly, the Court DENIES Finjan's request.

2 Finally, the parties are also discussing an extension to the due date for Finjan's reply brief.

3 Mot. 1-2, ECF 76.  The Court informs the parties that any reply brief must be filed at least two

4 weeks before the hearing so the Court has sufficient time to review the briefing.

5 **IT IS SO ORDERED.**

6 Dated: August 15, 2016

7 _____

8 BETH LABSON FREEMAN
United States District Judge