# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| FINJAN, INC., | Case No. 15-cv-03295-BLF |
|---|---|
| Plaintiff, | |
| v. | **ORDER REGARDING BLUE COAT'S MOTION FOR EXPEDITED DISCOVERY AND CONTINUANCE OF THE BRIEFING SCHEDULE FOR FINJAN'S PRELIMINARY INJUNCTION** |
| BLUE COAT SYSTEMS, INC., | |
| Defendant. | |

Before the Court is Blue Coat's administrative motion for expedited discovery and continuance of the briefing schedule for Finjan's motion for preliminary injunction. Pursuant to the Court's order, ECF 83, the parties submitted a proposed discovery plan and schedule. ECF 84, 86.

Blue Coat seeks 23 Requests for Production, 6 Interrogatories, a 30(b)(6) deposition, and 5 additional depositions. Finjan argues that Blue Coat's discovery requests should be narrowed but that if it must respond to all of Blue Coat's requests, it will need additional time as outlined in its proposed schedule II. Since the additional time Finjan seeks will not impact the hearing date on its motion, the Court ADOPTS Finjan's proposed schedule II set forth below:

| Task | Schedule |
|---|---|
| Finjan's Objections to Blue Coat's Discovery | August 26, 2016 |
| Document Production by Finjan | September 6, 2016 |
| Deadline for Blue Coat's Discovery of Finjan, Including Depositions | September 30, 2016 |
| Blue Coat's Opposition Brief Due | October 3, 2016 |
| Finjan's Reply Brief Due | October 14, 2016 |
| Hearing on Motion for Preliminary Injunction | November 10, 2016 |

Although Finjan has stated it could comply with Blue Coat's discovery requests with this extended schedule, the Court finds the requested number of depositions to be excessive and will

1  limit Blue Coat to one 30(b)(6) deposition and 2 additional depositions.  Accordingly, the Court
2  GRANTS Blue Coat's request for expedited discovery and allows Blue Coat 23 Requests for
3  Production, 6 Interrogatories, a 30(b)(6) deposition, and 2 additional depositions.
4  **IT IS SO ORDERED.**
5  Dated:  August 19, 2016

                                                            BETH LABSON FREEMAN
                                                            United States District Judge