UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BLUE COAT SYSTEMS, LLC,<br><br>　　　　　Defendant. | Case No.  15-cv-03295-BLF<br><br>**ORDER GRANTING-IN-PART AND DENYING-IN-PART ADMINISTRATIVE MOTION FOR LEAVE TO SUBMIT SUPPLEMENTAL AUTHORITY** |

Finjan has filed an Administrative Motion for Leave to Submit Supplemental Authority and Requesting Judicial Notice pursuant to Civil Local Rules 7-3(d) and 7-11, seeking leave to submit certain supplemental authority.  ECF 147.  Because the submitted citations are relevant, the Court will accept the citations but not the briefing attached therewith.  Accordingly, the Court GRANTS-IN-PART and DENIES-IN-PART Finjan's motion.

**IT IS SO ORDERED.**

Dated: November 22, 2016

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　United States District Judge