# APPENDIX C-1

APPENDIX C-1

# JOINT TRIAL EXHIBIT LIST

United States District Court
For the Northern District of California (San Jose Division)

*Finjan, Inc. v. Blue Coat Systems, LLC*

Case No. 15-cv-03295-BLF                                              Trial Date: October 30, 2017

| JTX No. | Bates Range | Description | Date | Deposition Exhibit No. | For Court's Use |
|---|---|---|---|---|---|
| 3001 | FINJAN-BLCT 000001-17; FINJAN-BLCT 068537; FINJAN-BLCT 0498236-37 | U.S. Patent No. 6,154,844 with Certificates of Correction and Ex Parte Reexamination Certificate | 11/28/2000 | | |
| 3002 | FINJAN-BLCT 000228-38 | U.S. Patent No. 6,965,968 | 11/15/2005 | | |
| 3003 | FINJAN-BLCT 000386-97 | U.S. Patent No. 7,418,731 | 08/26/2008 | | |
| 3004 | FINJAN-BLCT 000621-45; FINJAN-BLCT 498233-35 | U.S. Patent No. 8,079,086 with Ex Parte Reexamination Certificate | 12/13/2011 | | |
| 3005 | FINJAN-BLCT 001181-202 | U.S. Patent No. 8,225,408 | 07/17/2012 | | |
| 3006 | FINJAN-BLCT 002548-75 | U.S. Patent No. 8,677,494 | 03/18/2014 | | |

# APPENDIX C-1

# JOINT TRIAL EXHIBIT LIST

| JTX No. | Bates Range | Description | Date | Deposition Exhibit No. | For Court's Use |
|---|---|---|---|---|---|
| 3007 | FINJAN-BLCT 005871-905 | U.S. Patent No. 9,189,621 | 11/17/2015 | | |
| 3008 | FINJAN-BLCT 007735-71 | U.S. Patent No. 9,219,755 | 12/22/2015 | | |
| 3009 | FINJAN-BLCT 000018-227 | File History for U.S. Patent No. 6,154,844 | | | |
| 3010 | FINJAN-BLCT 000239-385 | File History for U.S. Patent No. 6,965,968 | | | |
| 3011 | FINJAN-BLCT 000398-620 | File History for U.S. Patent No. 7,418,731 | | | |
| 3012 | FINJAN-BLCT 000646-1180 | File History for U.S. Patent No. 8,079,086 | | | |
| 3013 | FINJAN-BLCT 001203-2281 | File History for U.S. Patent No. 8,225,408 | | | |
| 3014 | FINJAN-BLCT 002576-3537 | File History for U.S. Patent No. 8,677,494 | | | |
| 3015 | FINJAN-BLCT 005906-7734 | File History for U.S. Patent No. 9,189,621 | | | |

**APPENDIX C-1**

**JOINT TRIAL EXHIBIT LIST**

| JTX No. | Bates Range | Description | Date | Deposition Exhibit No. | For Court's Use |
|---|---|---|---|---|---|
| 3016 | FINJAN-BLCT 007772-9441 | File History for U.S. Patent No. 9,219,755 | | | |
| 3017 | FINJAN-BLCT 005476-870 | File History for U.S. Patent No. 9,141,786 | | | |
| 3018 | FINJAN-BC 000228-45 | U.S. Patent No. 6,804,780 | 10/12/2004 | | |
| 3019 | FINJAN-BLCT 028840-54 | U.S. Patent No. 6,167,520 with Certificate of Correction and Ex Parte Reexamination Certificate | 12/26/2000 | | |
| 3020 | FINJAN-BC 093004-27 | U.S. Patent No. 6,092,194 with Ex Parte Reexamination Certificate | 7/18/2000 | | |
| 3021 | FINJAN-BC 109538-96 | Provision Application No. 60/030,639 File History | 11/08/1996 | | |
| 3022 | FINJAN-BC 047116-34 | U.S. Provisional Application No. 60/205,591 | 5/17/2000 | | |
| 3023 | FINJAN-BC 000246-402 | File History for U.S. Patent 6,804,780 | | | |
| 3024 | BC0057457 - 530 | Norman Shark – Evaluation Guide | 11/00/2013 | BC I-Runald Ex. 8 | |
| 3025 | BC0064154-719 | Manual – Blue Coat Systems ProxySG Appliance Content Policy Language Reference Version SGOS 6.5 | 06/00/2013 | | |

**APPENDIX C-1**

**JOINT TRIAL EXHIBIT LIST**

| JTX No. | Bates Range | Description | Date | Deposition Exhibit No. | For Court's Use |
|---|---|---|---|---|---|
| 3026 | BC0067262 – 380 | PowerPoint – Blue Coat Technical Briefing | 6/3/2013 | BC I-Harrison Ex. 4 | |
| 3027 | BC0162048 - 117 | Manual – Blue Coat Malware Analysis Appliance v. 4.1.1, Web User Guide | 5/19/2014 | BC I-Runald Ex. 3 | |
| 3028 | BC0183470-72 | Blue Coat Competitive Brief – Blue Coat SG vs. Finjan Vital Security Suite | 11/00/2006 | BC I-Reynaud Ex. 20; BC I-Schoenfeld Ex. 23 | |
| 3029 | BC0183557-59 | Blue Coat ProxyAV & Finjan Solutions compared | 00/00/0000 | BC I-Schoenfeld Ex. 26 | |
| 3030 | BC0189143-77 | Gartner – Magic Quadrant for Secure Web Gateway by Peter Firstbrook and Lawrence Orans | 09/11/2008 | | |
| 3031 | BC0193808-46 | Blue Coat Presentation – McAfee / Secure Computing Attack Pack v1.4 by Brian Shen and Jonathan Andresen | 12/00/2009 | BC I-Chiu Ex. 7; BC I-Schoenfeld Ex. 24 | |
| 3032 | BC0204306 - 07 | Blue Coat Solution Summary: "Enterprise At-A-Glance Sales Guide: Blue Coat Malware Analysis Appliance" | 00/00/2014 | BC I-Reynaud Ex. 15 | |
| 3033 | BC0204498 - 524 | Blue Coat presentation – Malware Analysis Appliance Overview by Karthik Ramakrishnan | 00/00/2013 | BC I-Runald Ex. 13 | |

# APPENDIX C-1

# JOINT TRIAL EXHIBIT LIST

| JTX No. | Bates Range | Description | Date | Deposition Exhibit No. | For Court's Use |
|---|---|---|---|---|---|
| 3034 | BC0206683 - 94 | PowerPoint - Blue Coat Supply Chain Overview | 5/00/2014 | BC I-Reynaud Ex. 5; BC I-Schoenfeld Ex. 12 | |
| 3035 | BC0334703-05 | Document – Blue Coat Systems Non-GAAP Income Statement Annual Plans FY2008_FY2012 (dollars and thousands) | 00/00/2008 – 00/00/2012 | | |
| 3036 | BC2-0000001-604 | Blue Coat Advanced Secure Gateway - Content Policy Language Reference, Version 6.6.x | 12/00/2015 | Sorgic Ex. 7; Tomic Ex. 2 | |
| 3037 | BC2-0000605-2542 | Blue Coat Advanced Secure Gateway - Proxy Administration Guide, Version 6.6.3.x | 12/00/2015 | Sorgic Ex. 6; Tomic Ex. 1 | |
| 3038 | BC2-0003251-56 | Blue Coat White Paper - Defeating Next-Generation Malware with Next-Generation Analysis | 00/00/2014 | T. Larsen Ex. 2; Rohan Ex. 2 | |
| 3039 | BC2-0003319-52 | Blue Coat Manual – Blue Coat Malware Analysis Appliance 4.2.1 API Guide Remote API and Pub-Sub API | 12/10/2014 | | |
| 3040 | BC2-0005494-96 | Blue Coat Datasheet – Blue Coat ProxySG S200/S400/S500 Complete Web Security – with Superior Performance | 00/00/2016 | | |
| 3041 | BC2-0020356-2386 | Blue Coat Manual – SGOS Administration Guide SGOS 6.6.x | 12/00/2015 | | |

# APPENDIX C-1

# JOINT TRIAL EXHIBIT LIST

| JTX No. | Bates Range | Description | Date | Deposition Exhibit No. | For Court's Use |
|---|---|---|---|---|---|
| 3042 | BC2-0027065-67 | Blue Coat Data Sheet - Web Security Service – Comprehensive Web Security as a Service | 00/00/2015 | Maxted Ex. 2 | |
| 3043 | BC2-0031071-121 | Blue Coat Presentation – Overview Webpulse 2.0 and the Global Intelligence Network | 00/00/2015 | | |
| 3044 | BC2-0035506 | Excel Spreadsheet – Blue Coat Corporate Price Book Worldwide Products & Services (Native Version) | 08/00/2015 | | |
| 3045 | BC2-0035689 | Document – Blue Coat, Inc. Statements of Operations – GAAP Fiscal Year 2008-2016 ($000) | 00/00/2016 | | |
| 3046 | BC2-0036929-50 | Gartner Report - Magic Quadrant for Secure Web Gateways by Lawrence Orans and Peter Firstbrook | 05/28/2015 | Chiu Ex. 4 | |
| 3047 | BC2-0036951-74 | Gartner – Magic Quadrant for Secure Web Gateways, by Lawrence Orans and Peter Firstbrook | 06/06/2016 | | |
| 3048 | BC2-0038294-311 | Blue Coat presentation - CAS, MA, and MTD -Architectural Overview by Kevin Rohan and T. Larsen | 00/00/2016 | T. Larsen Ex. 5; Rohan Ex. 14; Sivertson Ex. 10 | |

# APPENDIX C-1

# JOINT TRIAL EXHIBIT LIST

| JTX No. | Bates Range | Description | Date | Deposition Exhibit No. | For Court's Use |
|---|---|---|---|---|---|
| 3049 | BC2-0038331-423 | Blue Coat Content Analysis Integration Guide - Integrating Content Analysis with other Blue Coat Products: ProxySG and Malware Analysis, Version 1.3.7.x | 10/20/2016 | T. Larsen Ex. 4; Rohan Ex. 3; Sorgic Ex. 11 | |
| 3050 | BC2-0038529-600 | Symantec presentation - Blue Coat Global Intelligence Network (GIN) / WebPulse by Tyler Anderson | 09/00/2016 | Ahlander Ex. 3; Anderson Ex. 1; Harrison Ex. 12; Runald Ex. 13 | |
| 3051 | BC2-0040070-77 | Email from Tyler Anderson to C. Larsen RE: [GIN] – FAQ on GIN/WebPulse | 05/10/2016 | Anderson Ex. 3 | |
| 3052 | BC2-0238343-400 | Email from Wood to Harrison re Current presentation with attachment | 06/28/2016 | Harrison Ex. 7 | |
| 3053 | BC0207223-59 | IDC Brochure - Market Analysis: Worldwide Specialized Threat Analysis and Protection 2013-2017 Forecast and 2012 Vendor Shares, by John Grady, Charles Kolodgy and Phil Hochmuth | 08/00/2013 | | |
| 3054 | BC2-0748585-638 | Email from Chris Edwards to Steven Schoenfeld, et al. RE: Slides, with attachment | 08/11/2015 | Rohan Ex. 10 | |
| 3055 | BC2-0874154-96 | Email from Mark Urban to C. Larsen Re: Web Threat Protection in Main SWG Customer Presentation, with attachment | 05/10/2016 | Runald Ex. 6 | |

**APPENDIX C-1**

**JOINT TRIAL EXHIBIT LIST**

| JTX No. | Bates Range | Description | Date | Deposition Exhibit No. | For Court's Use |
|---|---|---|---|---|---|
| 3056 | BC2-1640090-114 | Email from Steven Schoenfeld to Mike Fey, et al. RE: Selling decks, with attachment | 04/13/2015 | Schoenfeld Ex. 6 | |
| 3057 | BC2-1884286-91 | Email from Michael Fonnesbeck to Ron Frederick, John Ahlander, Zach Sivertson RE: CAS and MTD Performance, with attachments | 11/10/2015 | T. Larsen Ex. 22 | |
| 3058 | BC2-1884308 | Blue Coat Excel Spreadsheet – CAS Server - ICAP Objects -Sandboxing (Native Version) | 00/00/0000 | | |
| 3059 | BC2-1884309-12 | Email from Todd Wamboldt to Zachary Sivertson, et al. RE: CAS snapshots | 10/17/2016 | T. Larsen Ex. 24 | |
| 3060 | BC2-1884313-21 | Blue Coat Wiki - Cookie2 – Additional Information Returned from DRTR | 02/09/2017 | Ahlander Ex. 9; Harrison Ex. 28 | |
| 3061 | BC2-1884336 | Blue Coat Excel spreadsheet - Corporate Price Book Worldwide, Products and Services (ProxySG-PR and MS) (Native Version) | 02/00/2017 | | |
| 3062 | BC2-1884351 | Map - Blue Coat Global WSS Data Centers | 00/00/2015 | Sorgic Ex. 3 | |
| 3063 | BC2-1884352 | Blue Coat Excel spreadsheet – Web Security Services (WSS) Data Pod Tables (Native Version) | 00/00/0000 | | |

**APPENDIX C-1**

**JOINT TRIAL EXHIBIT LIST**

| JTX No. | Bates Range | Description | Date | Deposition Exhibit No. | For Court's Use |
|---|---|---|---|---|---|
| 3064 | BC2-1884404-09 | Blue Coat webpage - FRS Protocol V1 by Neal Sorensen | 01/04/2017 | Runald Ex. 2 | |
| 3065 | BC2-1884414-579 | Blue Coat source code – list of YARA rules in DRTR | 02/15/2017 | Runald Ex. 11 | |
| 3066 | BC2-1884580-87 | Blue Coat screenshot – Security Labs - BCWF Trender | 00/00/2017 | Runald Ex. 22 | |
| 3067 | BC2-1888572 | Blue Coat Excel spreadsheet – Product Revenue (2013-2017) (Native Version) | 00/00/0000 | | |
| 3068 | BC2-1888573 | Blue Coat Excel Spreadsheet - Blue Coat FY2013- (May-Dec FY17) - Total Revenue GAAP, Non-GAAP, Finjan Product NG (2013-2017) (Native Version) | 00/00/2017 | | |
| 3069 | BC2-1888574-77 | Blue Coat Excel spreadsheet - Product Revenue Annual FY2007-FY2016 | 00/00/2016 | Dildine Ex. 7 | |
| 3070 | BC-2-1888578 | Blue Coat Excel spreadsheet – Blue Coat FY2013 - (May-Dec FY17) - Product - Subscription Non-GAAP - Finjan Products – North America Government owned (2013-2017) (Native Version) | 00/00/2017 | | |
| 3071 | BC2-1888579 | Blue Coat Excel Spreadsheet – Blue Coat Product Income Statement (Fiscal year May 2015 – April 2016) (Native Version) | 00/00/0000 | | |

# APPENDIX C-1

# JOINT TRIAL EXHIBIT LIST

| JTX No. | Bates Range | Description | Date | Deposition Exhibit No. | For Court's Use |
|---|---|---|---|---|---|
| 3072 | BC2-1888580-84 | Blue Coat presentation - Product Line Summary | 08/18/2016 | Dildine Ex. 13 | |
| 3073 | BC2-1895233 | Excel spreadsheet – Blue Coat product and subscription revenue (Native Version) | 00/00/0000 | | |
| 3074 | BC2-1895234 | Blue Coat excel spreadsheet – product revenue and standard COGs (Fiscal year 2013 – 2017) (Native Version) | 00/00/2017 | | |
| 3075 | FINJAN-BC 027129-57 | Patent License Agreement between M86 Security, Inc. M86 Americas, Inc. and Finjan, Inc. | 11/02/2009 | | |
| 3076 | FINJAN-BC 030456-81; FINJAN-BC 030492 | Amended and Restated of the Patent License Agreement between FI Delaware, Inc., Trustwave Holdings, Inc. and Exhibit thereto | 03/00/2012 | | |
| 3077 | | Blue Coat solution brief - Content Analysis - Block Known Threats with Advanced Throat Protection at the Gateway | 00/00/2016 | Chiu Ex. 5 | |
| 3078 | | Symantec datasheet - Content Analysis S200/S400/S500 - Gain advanced malware protection at the web gateway | 00/00/2016 | T. Larsen Ex. 7 | |
| 3079 | BC2-0417549 | Blue Coat BCIS Diagram | 00/00/0000 | Runald Ex. 3 | |

# APPENDIX C-1

# JOINT TRIAL EXHIBIT LIST

| JTX No. | Bates Range | Description | Date | Deposition Exhibit No. | For Court's Use |
|---|---|---|---|---|---|
| 3080 | | Blue Coat Datasheet - Blue Coat Malware Analysis S400/S500 – Respond to Malicious Threats that Elude Traditional Defenses | 00/00/2016 | Wood Ex. 2 | |
| 3081 | | Blue Coat - Security Analytics 7.2.2 Administration and Central Manager Guide | 01/03/2017 | Wood Ex. 5 | |
| 3082 | BC0208804-914 | Blue Coat Systems, Inc. Form 10-K (fiscal year ended April 30, 2011) | 06/08/2011 | BC I-Dildine Ex. 3 | |
| 3083 | | Blue Coat DataSheet – Complete Web Security – with Superior Performance - Blue Coat ProxySG S200/S400/S500 | 00/00/2014 | BC I-Schoenfeld Ex. 5 | |
| 3084 | | Blue Coat DataSheet- Hybrid Sandboxing for Detecting and Analyzing Advanced and Unknown Malware | 00/00/2014 | BC I-Schoenfeld Ex. 11 | |
| 3085 | BC0007799-804 | PowerPoint – BCWF Product Roadmap | 4/6/2007 | BC I-Ahlander Ex. 19 | |
| 3086 | BC0023390-408 | Blue Coat manual - Software Requirements Specification, Norman Malware Analyzer,– Next Generation V1, Version 2.0 by Matt Allen | 04/12/2011 | BC I-Runald Ex. 12; Rohan Ex. 13 | |
| 3087 | BC0205033-72 | Blue Coat Presentation – MAA Product Overview by Kevin Rohan | 01/14/2014 | BC I-Runald Ex. 5 | |

## APPENDIX C-1

## JOINT TRIAL EXHIBIT LIST

| JTX No. | Bates Range | Description | Date | Deposition Exhibit No. | For Court's Use |
|---|---|---|---|---|---|
| 3088 | BC2-1021584-91 | Blue Coat presentation - Primer - Blue Coat Security Analytics by Bryan Cardoza | 00/00/2016 | Harrison Ex. 2 | |
| 3089 | BC2 _SC_000571-76 | Blue Coat source code | | T. Larsen Ex. 14 | |
| 3090 | BC2_SC_000001-55 | Blue Coat source code | | | |
| 3091 | BC2_SC_000105-34 | Blue Coat source code | | | |
| 3092 | BC2_SC_000207-304 | Blue Coat source code | | | |
| 3093 | BC2_SC_000322-27 | Blue Coat source code | | Runald Ex. 17 | |
| 3094 | BC2_SC_000577-90 | Blue Coat source code | | T. Larsen Ex. 34 | |
| 3095 | BC2_SC_000859-869 | Blue Coat source code | | | |
| 3096 | BC2_SC_000913-46 | Blue Coat source code | | | |
| 3097 | BC2_SC_001466-94 | Blue Coat source code | | T. Larsen Ex. 31 | |
| 3098 | BC2_SC_001515-30 | Blue Coat source code | | | |
| 3099 | BC2_SC_001531-40 | Blue Coat source code | | | |
| 3100 | BC2_SC_001578-81 | Blue Coat source code | | T. Larsen Ex. 28 | |

**APPENDIX C-1**

**JOINT TRIAL EXHIBIT LIST**

| JTX No. | Bates Range | Description | Date | Deposition Exhibit No. | For Court's Use |
|---|---|---|---|---|---|
| 3101 | BC2_SC_001622-49 | Blue Coat source code | | Nova Ex. 6 | |
| 3102 | BC2_SC_001684-87 | Blue Coat source code | | Maxted Ex. 13; Nova Ex. 8 | |
| 3103 | BC2_SC_001766-92 | Blue Coat source code | | Runald Ex. 14 | |
| 3104 | BC2_SC_001800-18 | Blue Coat source code | | | |
| 3105 | BC2_SC_002165-89 | Blue Coat source code | | | |
| 3106 | BC2_SC_002549-67 | Blue Coat source code | | | |
| 3107 | BC2_SC_002769-78 | Blue Coat source code | | | |
| 3108 | BC2_SC_002779-91 | Blue Coat source code | | | |
| 3109 | BC2_SC_003444-508 | Blue Coat source code | | | |
| 3110 | BC2_SC_003509-18 | Blue Coat source code | | | |
| 3111 | BC2_SC_003535-49 | Blue Coat source code | | | |
| 3112 | BC2_SC_003550-62 | Blue Coat source code | | | |
| 3113 | BC2_SC_003571-74 | Blue Coat source code | | | |

# APPENDIX C-1

# JOINT TRIAL EXHIBIT LIST

| JTX No. | Bates Range | Description | Date | Deposition Exhibit No. | For Court's Use |
|---|---|---|---|---|---|
| 3114 | BC2_SC_003575-80 | Blue Coat source code | | | |
| 3115 | BC2_SC_003581-85 | Blue Coat source code | | | |
| 3116 | BC2_SC_003586-90 | Blue Coat source code | | | |
| 3117 | BC2_SC_003745-77 | Blue Coat source code | | | |
| 3118 | BC2_SC_004000-35 | Blue Coat source code | | | |
| 3119 | BC2_SC_004038-410 | Blue Coat source code | | | |
| 3120 | BC2-1414681-82<br><br>BC2-1414695-734<br><br>BC2-1414750-87<br><br>BC2-1414833-58<br><br>BC2-1414871-87<br><br>BC2-1414888-98<br><br>BC2-1414907-30<br><br>BC2-1414989-5001 | Email from Michael Rosen to Steven Schoenfeld RE: MAA Technical Enablement Program/Advanced SE Training Curriculum, with attachments | 12/30/2013 | Andersen Ex. 1;<br>Birkeland Ex. 3 | |

**APPENDIX C-1**

**JOINT TRIAL EXHIBIT LIST**

| JTX No. | Bates Range | Description | Date | Deposition Exhibit No. | For Court's Use |
|---|---|---|---|---|---|
| 3121 | BC2-0030139-67 | Blue Coat presentation - One Box Solution (SG+CAS) by Steve House, Tim Chiu and Allan Lewis | 3/19/2014 | Sorgic Ex. 5 | |
| 3122 | BC2-1414681-5069 | Email from Rosen to Schoenfeld re MAA Technical Enablement Program / Advanced SE Training Curriculum with attachments | 12/30/2013 | | |