PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
HANNAH LEE (State Bar No. 253197)
hlee@kramerlevin.com
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

STEFANI E. SHANBERG (State Bar No. 206717)
sshanberg@mofo.com
JENNIFER J. SCHMIDT (State Bar No. 295579)
jschmidt@mofo.com
ROBIN L. BREWER (State Bar No. 253686)
rbrewer@mofo.com
EUGENE MARDER (State Bar No. 275762)
emarder@mofo.com
MADELEINE E. GREENE (State Bar No. 263120)
mgreene@mofo.com
MICHAEL J. GUO (State Bar No. 284917)
MGuo@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
DAVID A. NELSON (*pro hac vice*)
davenelson@quinnemanuel.com
NATHAN A. HAMSTRA (*pro hac vice*)
nathanhamstra@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN LLP
500 W. Madison Street, Suite 2450
Chicago, IL 60661
Telephone: (312) 705-7400
Facsimile: (312) 707-7401

*Attorneys for Defendant*
BLUE COAT SYSTEMS LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | Case No.: 15-cv-03295-BLF-SVK |
| Plaintiff, | **JURY QUESTIONNAIRE** |
| v. | |
| BLUE COAT SYSTEMS, LLC a Delaware Corporation formerly known as Blue Coat Systems, Inc., | |
| Defendant. | |

Pursuant to the Pretrial Conference, Plaintiff Finjan, Inc. ("Finjan ") and Defendant Blue Coat Systems LLC ("Blue Coat") (collectively, the "Parties"), hereby jointly submit the Jury Questionnaire, attached as Exhibit A.  Fifty (50) copies of the Jury Questionnaire will be delivered to the Court tomorrow morning.

Respectfully submitted,

Dated:  October 23, 2017

By: */s/ Hannah Lee*
Paul J. Andre
Lisa Kobialka
James Hannah
Hannah Lee
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

Respectfully submitted,

Dated:  October 23, 2017

By: */s/ Nathan Sabri*
Stefani E. Shanberg (State Bar No. 206717)
Robin L. Brewer (State Bar No. 253686)
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: (415) 947-2088
Facsimile: (415) 947-2099
jflynn@wsgr.com
sshanberg@wsgr.com
rbrewer@wsgr.com

*Attorneys for Defendant*
BLUE COAT SYSTEMS LLC

1  In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this
2  document has been obtained from any other signatory to this document.

By:  /s/ *Hannah Lee*<br>Hannah Lee