# EXHIBIT A

**Name**: _____

**Juror No.**: _____

FINJAN, INC., a Delaware Corporation,

               Plaintiff,

     v.

BLUE COAT SYSTEMS LLC, a Delaware Corporation,

               Defendant.

Case No.:   15-cv-03295-BLF-SVK

**JURY QUESTIONNAIRE**

To Prospective Jurors:

Please read the instructions on this page carefully and complete the following questionnaire to assist the Court and counsel in selecting a jury to serve in the case of *Finjan, Inc. v. Blue Coat Systems LLC*.  Please print your answers clearly in blue or black ink.  Do not leave any questions unanswered.  Your answers are confidential and will only be seen by the Judge, attorneys, and their assistants for this case.  Your answers will not be shared with any other members of the jury panel.  Complete written answers will save the Court, parties, and prospective jurors a great deal of time.  If a question asks you to "explain," then please describe the circumstances or other details pertaining to your answer.  You may not have enough room after the question to provide the best answer, but you may continue the answer in the margins or back of the questionnaire.  Complete and detailed answers may avoid further follow-up questions later in the process.

It is very important that answers be yours and yours alone.  You must fill out this questionnaire by yourself and without consulting any other person.  Please do not discuss the questions or your answers with anyone.

Remember that there are no "right" or "wrong" answers, only honest answers.  You must sign this questionnaire, and your answers will have the same effect as a statement made under oath to the Court.  Thank you for your time and effort in completing this questionnaire.

1.    Full name: _____

2.    Age: _____

3.    Gender: _____

4.    City/Town: _____ ZIP: _____

5.    Do you own or rent?  Own _____        Rent _____

6.    For how many years have you resided at your current address? _____

7.    What is the highest level of education you have completed?

       _____ Less than high school

       _____ High school graduate or GED

       _____ Technical or business school / some college

       _____ Associate's Degree

       _____ College graduate (Bachelor's Degree)

       _____ Some graduate school

       _____ Post-graduate degree

8.    Please describe your educational background, including vocational school(s), college(s), or university(ies) attended.

Degree Received              Field(s) of Study              School Attended

_____          _____          _____

_____          _____          _____

_____          _____          _____

_____          _____          _____

9.      What is your current job status?

_____   Working full-time

_____   Working part-time

_____   Unemployed

_____   Homemaker

_____   Retired

_____   Student Full-time

_____   Disabled

10.     Please list each of the jobs you have held in the past 5 years, including self-employment.

| Employer | Dates of Employment | Job Title | Duties |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

11.     Have you or any adult in your household ever worked for the government or served in the

military?

    a.  Government?           YES _____        NO _____

    b.  Military?               YES _____        NO _____

If Yes to any question, then please explain and list the highest rank or GS level obtained:

_____

_____

_____

12.     Have you, any member of your family, or anyone close to you ever been educated,

employed, trained, or had any experience in any of the following areas?

    a.  Computer or network security?        YES _____    NO _____

    b.  Antivirus or malware products?       YES _____    NO _____

    c.  Networking technologies and equipment?   YES _____    NO _____

    d.  Computer servers or routers?        YES _____    NO _____

    e.  Computer products, such as hardware or software?  YES _____    NO _____

    f.  Computer programming?          YES _____    NO _____

    g.  Information technology?          YES _____    NO _____

    h.  Internet operations?           YES _____    NO _____

    i.  Engineering?             YES _____    NO _____

    j.  Law?                YES _____    NO _____

    k.  Patents?            YES _____    NO _____

    l.  Finance/accounting?          YES _____    NO _____

    If Yes to any question, then please explain:

_____

_____

_____

13.    Do you supervise other people at your job?

      YES _____    NO _____

      If Yes, then please explain:

_____

_____

_____

14.    Have you ever owned your own company?

      YES _____    NO _____

      If Yes, then please explain, including the type of business:

_____

_____

_____

15.    Do you consider yourself to be technically inclined, computer savvy, or closely follow

the computer or information technology industries?

      YES _____    NO _____

      If Yes, then please explain:

_____

_____

_____

16.    Do you have a home computer that uses antivirus software?

      YES _____    NO _____

      If Yes, then what brand and are you satisfied with that software?  Please explain:

_____

_____

_____

17.      Have you or someone close to you ever had a particularly positive or negative experience with antivirus software on a computer at home or at work?

      YES _____      NO _____

      If Yes, then please explain:

_____

_____

_____

18.      Do you have children?

      YES _____      NO _____

      If yes, then please state for each child:

| Gender | Age | Occupation |
| --- | --- | --- |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

19.      Please state the gender, age, occupation, and relationship of any other individuals living in your household:

| Gender | Age | Occupation | Relationship |
| --- | --- | --- | --- |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

20.     If you have served before as a juror in a civil or criminal case, please describe your

experience below:

Date                    Civil/Criminal   Subject Matter of Case                    Did Jury Reach Verdict?

_____     _____   _____     _____

_____     _____   _____     _____

_____     _____   _____     _____

_____     _____   _____     _____

        Were you ever the jury foreperson?  YES _____           NO _____

21.     Have you or someone close to you ever been a party to a lawsuit, whether civil or

criminal?

        YES _____           NO _____

        If yes, were you:  Plaintiff _____           Defendant _____

        What was the nature of the case?

_____

_____

_____

22.     Have you heard, read, or seen anything about this case?

        YES _____           NO _____

        If Yes, then please explain:

_____

_____

_____

23.     Are you familiar with any of the following companies?

Finjan, Inc.                          YES _____           NO _____

Blue Coat Systems LLC                 YES _____           NO _____

Symantec Corporation                  YES _____           NO _____

24.     Using the following scale [1=Very Unfavorable to 5=Very Favorable or N/A= No

Impression] how would you rate your impressions of the following companies?

Finjan, Inc.                                    _____

Blue Coat Systems LLC                           _____

Symantec Corporation                            _____

25.     Have you, any member of your family, or anyone close to you ever had any experience

generally or in using the products of Finjan, Inc., Blue Coat Systems LLC, or Symantec

Corporation; ever been employed by these companies; ever had a business relationship with

these companies?  YES _____          NO _____

        If Yes, then please explain:

_____

_____

_____

26.     Have you, any member of your family, or anyone close to you ever owned or currently

own stock in or have any financial relationship to Finjan Holdings, Inc., Blue Coat Systems

LLC, or Symantec Corporation?

YES _____          NO _____

        If Yes, then please explain:

_____

_____

_____

27.     Have you had or do you currently have any experiences or financial relationship with

M86 Security, Trustwave, Thoma Bravo, or Bain Capital?

        YES _____          NO _____

        If Yes, then please explain:

_____

_____

_____

28.    Have you, any member of your family, or anyone close to you ever applied for, or

obtained a patent; had any dealings or experiences with the United States Patent and Trademark

Office; or ever been employed by the United States Patent and Trademark Office?

     YES _____          NO _____

     If Yes, then please explain:

_____

_____

_____

29.    Have you, any member of your family, or anyone close to you ever been involved in a

dispute about patent rights; ever been in a situation where somebody else stole a product,

process, or idea that you, your family member, or anyone close to you developed, and then sold

it without permission; ever worked for a company that has patented products or processes; or

ever worked for a company that was involved in a patent dispute?

     YES _____          NO _____

     If Yes, then please explain:

_____

_____

_____

30.     Do you have any strong opinions about patents or the United States Patent and

Trademark Office?

        YES  _____          NO  _____

        If Yes, then please explain:

_____

_____

_____

31.     Do you know or have any experience with any of the below witnesses and attorneys

listed below?

        YES  _____          NO  _____

        If yes, then please circle the individual(s) and explain what you know or your

relationship(s).  If you have any strong feelings about any of these individuals, then please note

that, too.

- Witnesses
    - 
    - John Ahlander
    - Bjørn Ove Hay Andersen
    - Tyler Anderson
    - Yuval Ben-Itzhak
    - Dr. Harry Bims
    - Christophe Birkeland
    - Timothy Chiu
    - Tom Clare
    - Dr. Eric Cole
    - Jim Dildine
    - Karl Ford
    - John Garland
    - Dr. Michael Goodrich
    - Roger Harrison
    - Philip Hartstein
    - Dr. Trent Jaeger
    - David R. Kroll
    - Philip Langer
    - Christian Ernest Larsen
    - Tim Larsen
    - Dr. David Lyon
    - Mark Maxted
    - Dr. Nenad Medvidovic
    - Dr. Christine Meyer
    - Raymond Miller

- o  Dr. Michael Mitzenmacher
- o  Dr. Seth Nielson
- o  Luis Nova
- o  Dr. Atul Prakash
- o  Kevin Rohan
- o  Patrik Runald
- o  Steven Schoenfeld
- o  Zachary Sivertson
- o  Djordje Sorgic
- o  Vincent A. Thomas
- o  Gary Tomic
- o  Shlomo Touboul
- o  Matthew Scott Wood
- Attorneys
  - o  Paul J. Andre
  - o  Robin L. Brewer
  - o  Yuridia Caire
  - o  Madeleine E. Greene
  - o  Michael J. Guo
  - o  Nathan A. Hamstra
  - o  James Hannah
  - o  Shannon Hedvat
  - o  Kristopher Kastens
  - o  Lisa Kobialka
  - o  Hannah Lee
  - o  Michael Lee
  - o  Hien Lien
  - o  Austin Manes
  - o  Eugene Marder
  - o  Christina Martinez
  - o  David A. Nelson
  - o  Phuong (Stephanie) Nguyen
  - o  Greg Proctor
  - o  Nathan B. Sabri
  - o  Jennifer J. Schmidt
  - o  Stefani E. Shanberg
  - o  Benu C. Wells

32.    Do you know or have any experience with the law firms Kramer Levin Naftalis &

Frankel LLP, Morrison & Foerster LLP, Quinn Emanuel Urquhart & Sullivan, LLP, or Wilson

Sonsini Goodrich & Rosati P.C.?

YES _____         NO _____

If Yes, then please explain:

_____

_____

_____

33.     Is there anything that would interfere with your ability to concentrate during 90 minutes to two hours of continuous testimony?

       YES _____          NO _____

       If Yes, then please explain:

_____

_____

_____

34.     Are you aware of any reason(s) why you would be unable to render a verdict based solely on the evidence presented at trial or follow the law as instructed by the Judge?

       YES _____          NO _____

       If Yes, then please explain:

_____

_____

_____

I declare under the penalty of perjury that the foregoing information is true and correct.

Signature: _____          Date: _____