UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL:** 6 Hours 58 Minutes

## CIVIL MINUTES  - JURY TRIAL

**Judge: Beth Labson Freeman**          **Courtroom Deputy: Tiffany Salinas-Harwell**
**Date:   10/31/2017**                   **Court Reporter: Irene Rodriguez**
**Case No: 5:15-cv-03295-BLF**

## FINJAN v. BLUE COAT

  Attorney(s) for Plaintiff(s): Paul Andre, James Hannah, Hannah Lee, Lisa Kobialka, Kristopher Kastens
 Attorney(s) for Defendant(s): Stefani Shanberg, David Nelson, Nathan Hamstra, Robin Brewer, Eugene Marder

## PROCEEDINGS

**8:30 -** Call to Order/Hearing held outside the presence of the jury
**9:15 -** Juror Conference
**9:20 -** Jury Panel Addressed by Court
**9:40 -** Plaintiff Voir Dire
**10:06 -** Defendant Voir Dire
**10:35 -** Court Voir Dire
**10:40 -** Jury Excused for Recess/Peremptory Challenges
**11:05 -** The Court takes a morning Recess
**11:10 -** Jury Panel Seated
**11:18 -** Jury Empaneled and Sworn
**11:20 -** Jury Instructions
**11:55 -** The Court takes the lunch recess
**1:00 -** Jury Seated/Call to Order
**1:03 -** Plaintiff Opening Statements
**1:40 -** The Court takes an afternoon recess
**1:45 -** Jury Seated/Call to Order
**1:47 -** Denfendant Opening Statements
**2:30 -** Plaintiff Calls Dr. Harry Bims
**2:33 -** Direct Examination BIMS
**2:40 -** Witness Dr. Harry Bims Designated as Expert
**2:59 -** Cross Examination BIMS
**3:02 -** Plaintiff Calls Philip Hartstein
**3:03 -** Direct Examination HARTSTEIN
**3:36 -** The Court takes a second afternoon recess
**3:50 -** Jury Seated/Call to Order
**3:50 -** Continued Direct Examination HARTSTEIN
**4:17 -** Side Bar held
**4:25 -** The Court Orders the Courtroom Sealed
**4:28 -** The Court Orders the Courtroom Unsealed

**4:37 - Side Bar held**
**4:38 - Cross Examination HARTSTEIN**
**4:55 - Jury Recesses for Evening**
**4:55 - Trial Conference held outside the presence of the jury**
**4:57 - The Court Recesses for the Evening**

## ORDER AFTER HEARING

**Further Jury Trial set for 11/01/2017 at 8:30 AM**

**Exhibits Identified:**
**Pltf:** 963, 978, 989
**Deft:**
**Joint:** 3076

**Exhibits Admitted Into Evidence:**
**Pltf:** 963, 978, 989
**Deft:**
**Joint:** 3076

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**