UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
<u>TIME TOTAL</u>:  4 Hours 51 Minutes

**CIVIL MINUTES  - JURY TRIAL**

**Judge: Beth Labson Freeman**  **Courtroom Deputy: Tiffany Salinas-Harwell**
**Date:  11/13/2017**  **Court Reporter: Irene Rodriguez**
**Case No: 5:15-cv-03295-BLF**

**FINJAN v. BLUE COAT**

Attorney(s) for Plaintiff(s): Paul Andre, James Hannah, Hannah Lee, Lisa Kobialka, Kristopher Kastens
Attorney(s) for Defendant(s): Stefani Shanberg, David Nelson, Nathan Hamstra, Robin Brewer

**PROCEEDINGS**

**8:30 - Call to Order/Hearing held outside the presence of the jury**
**9:01 - Jury Seated**
**9:02 - Continued Cross Examination NIELSON**
**9:17 - Re-Direct Examination NIELSON**
**9:48 - Re-Cross Examination NIELSON**
**9:53 - Further Re-Direct Examination NIELSON**
**10:00 - Further Re-Cross Examination NIELSON**
**10:02 - Defense Calls Witness Vincent Thomas**
**10:03 - Direct Examination THOMAS**
**10:10 - Vincent Thomas Designated as Expert Witness**
**10:22 - The Court Orders the Courtroom and Transcript Sealed**
**10:28 - The Court Orders the Courtroom and Transcript Unsealed**
**10:29 - The Court takes a Morning Recess**
**10:45 - Jury Seated/Call to Order**
**10:46 - Continued Direct Examination THOMAS**
**12:00 - The Court takes the Lunch Recess**
**1:01 - Jury Seated/Call to Order**
**1:02 - Cross Examination THOMAS**
**1:11 - The Court Orders the Courtroom and Transcript Sealed**
**1:14 - The Court Orders the Courtroom and Transcript Unsealed**
**1:24 - The Court Orders the Courtroom and Transcript Sealed**
**1:26 - The Court Orders the Courtroom and Transcript Unsealed**
**1:33 - Re-Direct Examination THOMAS**
**1:40 - The Court Orders the Courtroom and Transcript Sealed**
**1:41 - The Court Orders the Courtroom and Transcript Unsealed**
**1:43 - Re-Cross Examination THOMAS**
**1:44 - Defense Rests**

**1:44 - Jury Recess**
**1:45 - Hearing held outside the presence of the jury/Plaintiff Rule 50 Motion**
**1:56 - Defense Rule 50A Motion**
**1:57 - The Court takes an Afternoon Recess**
**2:02 - Jury Seated/Call to Order**
**2:02 - Further Jury Instructions**
**2:41 - Jury Recesses for Evening**
**2:42 - Hearing held outside the presence of the jury**
**2:43 - The Court Recesses for Evening**

## ORDER AFTER HEARING

Further Jury Trials 11/14/2017 at 9:30 AM

**Exhibits Identified:**
**Pltf:** 705, 701
**Deft:** 2613
**Joint:** 3075, 3058, 3074

**Exhibits Admitted Into Evidence:**
**Pltf:** 705, 701
**Deft:** 2613
**Joint:** 3075, 3058, 3074

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**