UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
TIME TOTAL:   Hours 06 Minutes

## CIVIL MINUTES  - JURY TRIAL

**Judge: Beth Labson Freeman**  **Courtroom Deputy: Tiffany Salinas-Harwell**
**Date:  11/17/2017**  **Court Reporter: Irene Rodriguez**
**Case No: 5:15-cv-03295-BLF**

## FINJAN v. BLUE COAT

Attorney(s) for Plaintiff(s): Paul Andre, James Hannah, Hannah Lee, Lisa Kobialka, Kristopher Kastens
Attorney(s) for Defendant(s): Stefani Shanberg, David Nelson, Nathan Hamstra, Robin Brewer

## PROCEEDINGS

**8:30 - Jury Deliberations Continue**
**10:17 - Jury Break**
**10:30 - Jury Deliberations Continue**
**11:00 -  Jury Note #5**
**11:04 - Counsel Contacted**
**11:15 - Off Record Discussion held on Response to Jury Note #5**
**11:19 - Jury Seated/Call to Order**
**11:20 - Responses to Jury Note #5 given on the Record**
**11:25 - Jury Excused to Continue Deliberations**
**12:20 - Jury Breaks for Lunch**
**1:05 - Jury Continues Deliberations**
**3:00 - Jury Break**
**3:10 - Jury Continues Deliberations**
**4:50 - Jury Breaks for Evening**

## ORDER AFTER HEARING

Further Jury Trials 11/20/2017 at 8:30 AM

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**