UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*FINJAN v. BLUE COAT*, Case No. 15-cv-03295-BLF

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. 5

The Jury has the following question:

If we have decided that we are not going to reach an agreement on at least one asserted patents, do we move on to the other questions for the asserted patents that we do agree on, or are all patents in this trial grouped as a whole? (meaning hung jury for whole trial vs. bseparate patents)

Date: 11-17

_____
Signature of Juror

Response from the Court:

Response given on the record.

Date:_____

_____
Beth Labson Freeman
United States District Judge