UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
<u>TIME TOTAL:</u>    Hours 29 Minutes

<u>**CIVIL MINUTES  - JURY TRIAL**</u>

**Judge: Beth Labson Freeman**                                   **Courtroom Deputy: Tiffany Salinas-Harwell**
**Date:   11/20/2017**                                                         **Court Reporter: Irene Rodriguez**
**Case No: 5:15-cv-03295-BLF**

<u>**FINJAN v. BLUE COAT**</u>

Attorney(s) for Plaintiff(s): Paul Andre, James Hannah, Hannah Lee, Lisa Kobialka, Kristopher Kastens
Attorney(s) for Defendant(s): Stefani Shanberg, David Nelson, Nathan Hamstra, Robin Brewer

<u>**PROCEEDINGS**</u>

**8:30 - Jury Deliberations Continue**
**10:00 - Jury Break**
**10:10 - Jury Deliberations Continue**
**10:50 -  Jury Note #6**
**10:53 - Counsel Contacted**
**11:05 - Off Record Discussion held on Response to Jury Note #6**
**11:15 - Jury Seated/Call to Order**
**11:16 - Responses to Jury Note #6 given on the Record**
**11:20 - Jury Verdict Read into the Record**
**11:23 - Jury Polled**
**11:30 - Side Bar Held**
**11:34 - Jury Released from Service/The Court takes a recess**
**11:51 - Call to Order**
**12:01 - The Court is Adjourned**

*Tiffany Salinas-Harwell*

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**