UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

*FINJAN v. BLUE COAT*, Case No. 15-cv-03295-BLF

NOTE FROM THE JURY DURING DELIBERATIONS

Note No. **6**

The Jury has the following question:

We have revisited the area that we were not in agreement on, multiple times, and are not able to come to an agreement. We are ready to submit our verdict form (with the exception of this area). Do you have further instructions for us?

Date: Nov 20

Signature of Juror: Debbie Phillips

Response from the Court:

Response given on the Record.

Date: _____

Beth Labson Freeman
United States District Judge