UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,,<br><br>Plaintiff,<br><br>v.<br><br>BLUE COAT SYSTEMS LLC, a Delaware Corporation,<br><br>Defendant. | Case No.: 15-cv-03295-BLF-SVK<br><br>**VERDICT FORM** |

## **VERDICT FORM**

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout this Verdict Form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

**QUESTION 1**: Did Finjan prove by a preponderance of the evidence that Blue Coat's product or combination of products as identified below literally infringes the identified claim or claims of the Asserted Patents? **Answer "Yes" or "No" for each claim.**

| Patent / Product | Claim | Answer |
|---|---|---|
| '844 Patent<br>• GIN/WebPulse | Claim 15 | _____ |
| '494 Patent<br>• GIN/WebPulse | Claim 10 | _____ |
| '731 Patent<br>• ASG with MAA | Claim 1 | Yes |
| '968 Patent<br>• ASG with MAA | Claim 1 | Yes |
| '408 Patent<br>• WSS with GIN/WebPulse | Claim 22 | No |
| '621 Patent<br>• GIN/WebPulse | Claim 1 | No |
| | Claim 10 | No |

For each claim you did not find literally infringed, answer Question 2.

**QUESTION 2**: For any patent claim you did not find Blue Coat literally infringed in Question 1, did Finjan prove by a preponderance of the evidence that Blue Coat's product or combination of products as identified below infringes the identified claim or claims under the doctrine of equivalents? **Answer "Yes" or "No" for each claim.**

| | |
|---|---|
| '844 Patent<br>• GIN/WebPulse | Claim 15 \_\_\_\_\_ |
| '494 Patent<br>• GIN/WebPulse | Claim 10 \_\_\_\_\_ |
| '731 Patent<br>• ASG with MAA | Claim 1 \_\_\_\_\_ |
| '968 Patent<br>• ASG with MAA | Claim 1 \_\_\_\_\_ |
| '621 Patent<br>• GIN/WebPulse | Claim 1   *No*<br>Claim 10  *No* |

VERDICT FORM                                                                 3
15-cv-03295-BLF-SVK

1   **QUESTION 3**: For only those Asserted Patents for which you found infringement in
2   Question 1 or Question 2 above, has Finjan proven by a preponderance of the evidence that Blue
3   Coat willfully infringed the patent? **Answer "Yes" or "No" for each patent.**

| '844 Patent | Yes ____ | No ____ |
| '494 Patent | Yes ____ | No ____ |
| '731 Patent | Yes ____ | No _No_ |
| '968 Patent | Yes ____ | No _No_ |
| '408 Patent | Yes ____ | No ____ |
| '621 Patent | Yes ____ | No ____ |

Answer Question 4 only if you have found one or more claims of the Asserted Patents to be infringed in Questions 1 or 2 above.

**QUESTION 4**: What sum of money do you find that Finjan has proven by a preponderance of the evidence would fairly and reasonably compensate Finjan for Blue Coat's infringement of Finjan's Asserted Patents for the life of each of the patents?

| Patent | Amount |
|---|---|
| '844 Patent | $ |
| '494 Patent | $ |
| '731 Patent | $ 186,000 |
| '968 Patent | $ 304,000 |
| '408 Patent | $ |
| '621 Patent | $ |

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the Security Guard that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: Nov 20, 2017      By: *Debbie Phillips*
                             Presiding Juror

VERDICT FORM                          5
15-cv-03295-BLF-SVK