# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., | Case No.  13-cv-03999-BLF |
| Plaintiff, | Case No.  15-cv-03295-BLF |
| v. | |
| BLUE COAT SYSTEMS, LLC, | **ORDER OF REFERENCE TO MAGISTRATE JUDGE VAN KEULEN FOR SETTLEMENT** |
| Defendant. | |

Pursuant to Local Rule 72-1, and the representation of the parties at the November 21, 2017 jury trial status conference before the undersigned, *Finjan, Inc. v. Blue Coat Systems, Inc.*, Case No. 13-cv-03999-BLF and *Finjan, Inc. v. Blue Coat Systems, Inc.*, Case No. 15-cv-03295-BLF are referred to Magistrate Judge Susan van Keulen for settlement.  During the status conference, the parties indicated that they may also discuss *Finjan, Inc. v. Symantec Corp.*, Case No. 14-cv-02998-HSG during the settlement conference.

The parties will be advised of the date, time and place of the settlement conference by notice from Magistrate Judge van Keulen.

**IT IS SO ORDERED.**

Dated: November 22, 2017

BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California