UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BLUE COAT SYSTEMS, LLC,<br><br>　　　　Defendant. | Case No.  15-cv-03295-BLF<br><br>**ORDER REGARDING RETRIAL SCHEDULE** |

　　　　On November 21, 2017, the parties held a further pre-trial conference to schedule a retrial regarding U.S. Patent Nos. 6,154,844 and 8,677,494.  The schedule is summarized below.

　　　　The Court will call a jury panel on January 3, 2018 to provide potential jurors with hardship and voir dire questionnaires.  The parties indicated that they will waive appearance on that day.  However, the parties shall arrange to copy the questionnaires on January 3, 2018.  By January 5, 2018, the parties shall inform the Court regarding which jurors they jointly agree to excuse for cause.  The Court will also advise counsel of the hardship excuses it will approve and allow objections.  The parties shall deliver to the Court copies of the jury questionnaires and a new set of jury instructions and verdict form by December 21, 2017.

　　　　On January 8, 2018, voir dire will be conducted.  Once the jury is selected, the parties will offer opening statements limited to forty-five (45) minutes per side.  The Court expects that the first witness will testify on the afternoon of January 8, 2018.  Closing arguments will be limited to one (1) hour per side.  The parties shall have up to ten (10) hours per side during trial.

　　　　**IT IS SO ORDERED.**

Dated: November 29, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge