| | |
|---|---|
| 1 | DURIE TANGRI LLP |
| | DARALYN J. DURIE (SBN 169825) |
| 2 | ddurie@durietangri.com |
| | 217 Leidesdorff Street |
| 3 | San Francisco, CA 94111 |
| | Telephone: 415-362-6666 |
| 4 | Facsimile: 415-236-6300 |
| 5 | Attorney for Defendant |
| | BLUE COAT SYSTEMS LLC |
| 6 | |
| 7 | *(additional counsel on next page)* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | Case No. 5:15-cv-03295-BLF-SVK |
| Plaintiff, | **NOTICE OF APPEARANCE OF DARALYN J. DURIE** |
| v. | |
| BLUE COAT SYSTEMS LLC, a Delaware Corporation, | Ctrm: 3, 5th Floor<br>Judge: Honorable Beth Labson Freeman |
| Defendant. | |

NOTICE OF APPEARANCE OF DARALYN J. DURIE / CASE NO. 5:15-CV-03295-BLF-SVK

1  STEFANI E. SHANBERG (State Bar No. 206717)
   sshanberg@mofo.com
2  JENNIFER J. SCHMIDT (State Bar No. 295579)
   jschmidt@mofo.com
3  ROBIN L. BREWER (State Bar No. 253686)
   rbrewer@mofo.com
4  EUGENE MARDER (State Bar No. 275762)
   emarder@mofo.com
5  MADELEINE E. GREENE (State Bar No. 263120)
   mgreene@mofo.com
6  MICHAEL J. GUO (State Bar No. 284917)
   mguo@mofo.com
7  Nathaniel B. Sabri (State Bar No. 252216)
   nsabri@mofo.com
8  MORRISON & FOERSTER LLP
   425 Market Street
9  San Francisco, California 94105
   Telephone: (415) 268-7000
10 Facsimile: (415) 268-7522

11 DAVID A. NELSON (*Pro Hac Vice*)
   davenelson@quinnemanuel.com
12 NATHAN A. HAMSTRA (*Pro Hac Vice*)
   nathanhamstra@quinnemanuel.com
13 QUINN EMANUEL URQUHART & SULLIVAN LLP
   500 W. Madison Street
14 Suite 2450
   Chicago, Illinois 60661
15 Telephone: (312) 705-7400
   Facsimile: (312) 707-7401
16
   Attorneys for Defendant
17 BLUE COAT SYSTEMS LLC

18

19

20

21

22

23

24

25

26

27

28

---

1  TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:

2  PLEASE TAKE NOTICE that the undersigned of the law office of Durie Tangri LLP enters this

3  Notice of Appearance for Daralyn J. Durie in the above-referenced action as counsel for Defendant Blue

4  Coat Systems LLC. and hereby requests that all briefs, motions, orders, correspondence and other papers

5  be served as follows:

DURIE TANGRI LLP
DARALYN J. DURIE
217 Leidesdorff Street
San Francisco, CA 94111
Email:ddurie@durietangri.com

Dated: December 19, 2017                    DURIE TANGRI LLP

By:  _____*/s/ Daralyn J. Durie*_____
                    DARALYN J. DURIE

Attorney for Defendant
BLUE COAT SYSTEMS LLC

## CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2017 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

                                                 */s/ Daralyn J. Durie*
                                                 DARALYN J. DURIE