PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
HANNAH LEE (State Bar No. 253197)
hlee@kramerlevin.com
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

STEFANI E. SHANBERG (State Bar No. 206717)
sshanberg@mofo.com
NATHAN B. SABRI (State Bar No. 252216)
nsabri@mofo.com
ROBIN L. BREWER (State Bar No. 253686)
rbrewer@mofo.com
EUGENE MARDER (State Bar No. 275762)
emarder@mofo.com
MADELEINE E. GREENE (State Bar No. 263120)
mgreene@mofo.com
MICHAEL J. GUO (State Bar No. 284917)
mguo@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

DARALYN J. DURIE (State Bar No. 169825)
ddurie@durietangri.com
STEPHEN ELKIND (*Pro Hac Vice*)
selkind@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    (415) 362-6666
Facsimile:    (415) 236-6300

*Attorneys for Defendant*
BLUE COAT SYSTEMS LLC

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>BLUE COAT SYSTEMS LLC, a Delaware Corporation,<br><br>       Defendant. | Case No.: 15-cv-03295-BLF-SVK<br><br>**STIPULATION REGARDING OCTOBER TRIAL AND [PROPOSED] ORDER** |

By and through their respective undersigned counsel, Plaintiff Finjan, Inc. ("Finjan") and Defendant Blue Coat Systems LLC ("Blue Coat") (collectively, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, between October 31, 2017 and November 14, 2017, a jury trial was held regarding infringement and damages issues related to Finjan's U.S. Patent Nos. 6,154,844 ("'844 patent"); 6,965,968 ("'968 patent"); 7,418,731 ("'731 patent"); 8,225,408 ("'408 patent"); 8,677,494 ("'494 patent"); and 9,189,621 ("'621 patent") (the "October Trial");

WHEREAS, on November 20, 2017, the jury was unable to reach a verdict on infringement related to the '844 and '494 patents;

WHEREAS, on November 21, 2017, the Court scheduled a retrial related to the '844 and '494 patents to commence on January 8, 2018 (the "January Trial");

WHEREAS, the Parties agree not to raise the existence of the October Trial or verdict from the October Trial before the jury in the January Trial, aside from use of testimony (direct or cross-examination testimony) for impeachment;

THEREFORE, the Parties stipulate to not raise the existence of the October Trial or verdict from the October Trial before the jury during the January Trial, aside from the use of testimony for impeachment.

**IT IS SO STIPULATED.**

KRAMER LEVIN NAFTALIS & FRANKEL LLP

Dated: January 2, 2018       By:   */s/ Paul Andre*
                                                          Paul Andre
                                                          Attorneys for Plaintiff
                                                          FINJAN, INC.

MORRISON & FOERSTER LLP

Dated: January 2, 2018       By:   */s/ Stefani E. Shanberg*
                                                          Stefani E. Shanberg
                                                          Attorneys for Defendant
                                                          BLUE COAT SYSTEMS LLC

1

1

## <u>ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)</u>

2       In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this

3  document has been obtained from any other signatory to this document.

4                                    By:    <u>   /s/ Stefani E. Shanberg   </u>
                                                Stefani E. Shanberg
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION REGARDING OCTOBER TRIAL                    CASE NO. 15-cv-03295-BLF-SVK
AND [PROPOSED] ORDER

1

~~PROPOSED~~ ORDER

2

       Before the Court is the Parties' Stipulation Regarding October Trial.

3

4

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

5

6

7

DATED:   _January 3, 2018_

8

                               The Honorable Beth Labson Freeman
United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION REGARDING OCTOBER TRIAL                    CASE NO. 15-cv-03295-BLF-SVK
AND ~~[PROPOSED]~~ ORDER