**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

FINJAN, INC.,

        Plaintiff,

    v.

BLUE COAT SYSTEMS, LLC,

        Defendant.

Case No.  15-cv-03295-BLF

**ORDER SETTING HEARING ON JANUARY 5, 2018, AT 3:00 P.M.**

On December 28, 2017, the Court issued a tentative ruling regarding the parties' Partial Renewed Rule 50(b) Motions for Judgment as a Matter of Law.  ECF 479.  The Court sets a hearing **on January 5, 2018, at 3:00 p.m.** to allow the parties to primarily address the worldwide damages issue raised in Blue Coat Systems, LLC's Rule 50(b) motion.  The Court will not hear arguments on Finjan, Inc.'s Rule 50(b) motion.  The parties should expect to address the disputed issues presented in the jury instructions submitted on December 21, 2017.  Each party shall insure that at least one attorney who is prepared to address the Court is personally present.  Other attorneys may appear telephonically.

    **IT IS SO ORDERED.**

Dated: January 4, 2018

BETH LABSON FREEMAN
United States District Judge