UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL:** 6 Hours 43 Minutes

## CIVIL MINUTES - JURY TRIAL

**Judge:** Beth Labson Freeman   **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:** 1/08/2018   **Court Reporter:** Irene Rodriguez
**Case No:** 5:15-cv-03295-BLF

## FINJAN v. BLUE COAT

Attorney(s) for Plaintiff(s): Paul Andre, James Hannah, Hannah Lee, Lisa Kobialka, Kristopher Kastens
Attorney(s) for Defendant(s): Stefani Shanberg, Daralyn J. Durie, Nathan Hamstra, Nathan Sabri, Robin Brewer

## PROCEEDINGS

- **8:30** - Call to Order/Hearing held outside the presence of the jury
- **9:15** - Jury Seated/Jury Selection begins
- **9:32** - Plaintiff Voir Dire
- **9:59** - Defendant Voir Dire
- **10:28** - Jury Released for Recess/Peremptory Challenges
- **11:01** - Jury Seated/Jury Selected and Sworn
- **11:07** - Jury Instructions
- **11:34** - Plaintiff Opening Statements
- **12:10** - The Court takes the Lunch Recess
- **1:19** - Jury Seated/Call to Order
- **1:20** - Defendant Opening Statements
- **1:53** - Plaintiff Calls Witness David Kroll
- **1:55** - Direct Examination KROLL
- **2:02** - Cross Examination KROLL
- **2:08** - Plaintiff Calls Dr. Bims
- **2:09** - Direct Examination BIMS
- **2:17** - Dr. BIMS Designated as Expert
- **2:34** - Cross Examination BIMS
- **2:40** - Re-Direct Examination BIMS
- **2:41** - Plaintiff Video Deposition TOUBOULL
- **2:53** - The Court takes an Afternoon Recess
- **3:06** - Jury Seated/Call to Order
- **3:07** - Plaintiff Calls Witness Philip Hartstein
- **3:09** - Direct Examination HARTSTEIN
- **3:51** - Courtroom Sealed - Transcript Ordered Sealed, available only to counsel of record without further order of the court.
- **3:52** - Side Bar Held
- **3:55** - Courtroom Unsealed
- **4:10** - Courtroom Sealed - Transcript Ordered Sealed, available only to counsel of record without further order of the court.
- **4:13** - Courtroom Unsealed
- **4:13** - Cross Examination HARTSTEIN
- **4:32** - Jury Released for Evening Recess/Hearing held outside the presence of the jury

**4:35 - The Court Adjourns for the Evening**

## ORDER AFTER HEARING

**Further Jury Trial set for 1/09/2018 09:30 A.M.**

**Exhibits Identified:**
**Pltf:** 1284, 1245, 771, 963, 978
**Deft:** 2614
**Joint:** 3006

**Exhibits Admitted Into Evidence:**
**Pltf:** 1284, 1245, 771, 963, 978
**Deft:** 2614
**Joint:** 3006

*Tiffany Salinas-Harwell*

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**