UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC.,<br>　　　　　Plaintiff,<br>　　v.<br>BLUE COAT SYSTEMS, LLC,<br>　　　　　Defendant. | Case No. 15-cv-03295-BLF<br><br>**ORDER REGARDING THE PARTIES' RULE 50(a) MOTIONS FOR JUDGMENT AS A MATTER OF LAW AT ECF 423 AND 424**<br><br>[Re: ECF 423, 424] |

During the trial commenced on October 31, 2017, the parties each filed a motion for judgment as a matter of law under Federal Rule of Civil Procedure 50(a). ECF 423, 424. The Court denied those motions without prejudice to filing motions pursuant to Rule 50(b) as stated on the record during trial.

**IT IS SO ORDERED.**

Dated: January 11, 2018

_____
BETH LABSON FREEMAN
United States District Judge