UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***
**TIME TOTAL:** 5 Hours 25 Minutes

## CIVIL MINUTES  - JURY TRIAL

**Judge:** Beth Labson Freeman           **Courtroom Deputy:** Tiffany Salinas-Harwell
**Date:**  1/09/2018                     **Court Reporter:** Irene Rodriguez
**Case No:** 5:15-cv-03295-BLF

### FINJAN v. BLUE COAT

   Attorney(s) for Plaintiff(s): Paul Andre, James Hannah, Hannah Lee, Lisa Kobialka, Kristopher Kastens
Attorney(s) for Defendant(s): Stefani Shanberg, Daralyn J. Durie, Nathan Hamstra, Nathan Sabri, Robin Brewer

### PROCEEDINGS

**9:30 - Call to Order/Hearing held outside the presence of the jury**
**10:02 - Jury Seated**
**10:03 - Continued Cross Examination HARTSTEIN**
**10:25 - Side Bar Held**
**10:34 - Courtroom Sealed - Transcript Ordered Sealed, available only to counsel of record without further order of the court.**
**10:35 Courtroom Unsealed**
**10:51 - Re- Direct Examination HARTSTEIN**
**11:11 - Re-Cross Examination HARTSTEIN**
**11:14 - Video Deposition SCHOENFELD**
**11:16 - Video Deposition RUNALD**
**11:28 - Plaintiff Calls Witness Dr. Medmidovich**
**11:29 - Direct Examination MEDMIDOVICH**
**11:41 - Medmidovich Designated as Expert Witness**
**12:00 - The Court takes a Lunch Recess**
**1:00 - Jury Seated/Call to Order**
**1:10 - Continued Direct Examination MEDMIDOVICH**
**1:56 - Cross Examination MEDMIDOVICH**
**2:41 - The Court takes an Afternoon Recess**
**2:55 - Jury Seated/Call to Order**
**2:57 - Continued Cross Examination MEDVIDOVICH**
**3:13 - Side Bar Held**
**3:25 - Re-Direct Examination MEDVIDOVICH**
**3:42 - Re-Cross Examination MEDVIDOVICH**
**3:53 - Further Re-Direct MEDVIDOVICH**
**3:54 - The Court takes a Second Afternoon Recess**
**4:05 - Jury Seated/Call to Order**
**4:07 - Video Deposition LARSEN**
**4:12 - Video Deposition ROHAN**
**4:21 - Video Deposition BIRKELAND**
**4:32 - Admissions Read**
**4:32 - Plaintiff Calls Witness Dr. Cole**
**4:33 - Direct Examination COLE**

**4:47 - Dr. Cole Designated Expert Witness**
**4:57 - Jury Released for Evening Recess/Hearing held outside the presence of the jury**
**5:00 - The Court Adjourns for the Evening**

## ORDER AFTER HEARING

**Further Jury Trial set for 1/10/2018 08:30 A.M.**

**Exhibits Identified:**
**Pltf:** 693, 1285, 1286, 210, 211, 216, 516, 575, 216, 423, 1287, 1288, 1289, 48
**Deft:**
**Joint:** 3001, 3075, 3076, 3043, 3060, 3050, 3020

**Exhibits Admitted Into Evidence:**
**Pltf:** 693, 1285, 1286, 210, 211, 216, 516, 575, 216, 423, 1287, 1288, 1289, 48
**Deft:**
**Joint:** 3001, 3075, 3076, 3043, 3060, 3050, 3020

Tiffany Salinas-Harwell
Courtroom Deputy
Original: **E-Filed**