1
2
3
4
5
6
7

United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| 8  FINJAN, INC., | Case No.  15-cv-03295-BLF |
| 9                    Plaintiff, | |
| 10      v. | **PRETRIAL ORDER** |
| 11  BLUE COAT SYSTEMS, LLC, | |
| 12                    Defendant. | |

13

As previously scheduled, the Court will convene a panel of prospective jurors for the retrial of the pending infringement claims in this action on February 7, 2018 at 10:00 a.m.  The Court will consider juror requests for hardship exemptions and address the panel regarding juror obligations and role during trial.  The questionnaire developed by the parties will be distributed to the jury panel.  Counsel shall make arrangements to copy and return to the Court completed questionnaires by 4:00 p.m. on February 7, 2018.

The parties may waive their appearance and objections to the Court's decision regarding hardship exemptions by submitting a joint waiver no later than February 5, 2018.  Absent a joint stipulation, counsel shall appear at 10:00 a.m. on February 7, 2018.

In the event the parties agree to excuse any prospective jurors for cause, counsel shall so advise the Court no later than 12:00 p.m. on February 9, 2018.  Oral voir dire will commence on February 12, 2018 at 9:00 a.m.

Counsel are reminded that all daily trial briefs shall be filed and emailed directly to Judge Freeman as previously directed.

The Court anticipates modifications to the neutral statement of the case, jury instructions,

and verdict form.  These modified documents shall be provided to the Court no later than February 5, 2018.

The Court intends to distribute the most recently approved voir dire questionnaire to the jury panel on February 7, 2018.  If the parties agree to modify the questionnaire, they shall provide copies of the modified questionnaire to the Court no later than February 5, 2018.

**IT IS SO ORDERED.**

Dated: February 1, 2018

_____
BETH LABSON FREEMAN
United States District Judge