# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| FINJAN, INC., <br>     Plaintiff, <br> v. <br> BLUE COAT SYSTEMS, LLC, <br>     Defendant. | Case No.  15-cv-03295-BLF <br><br> **ORDER VACATING TRIAL; AND RELEASING JURY PANEL** |

Based on the stipulation of the parties, the trial set to commence on February 12, 2018 is hereby VACATED. The jury panel shall be RELEASED.

**IT IS SO ORDERED.**

Dated: February 9, 2018

_____
BETH LABSON FREEMAN
United States District Judge