PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
HANNAH LEE (State Bar No. 253197)
hlee@kramerlevin.com
KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

STEFANI E. SHANBERG (State Bar No. 206717)
sshanberg@mofo.com
NATHAN B. SABRI (State Bar No. 252216)
nsabri@mofo.com
ROBIN L. BREWER (State Bar No. 253686)
rbrewer@mofo.com
EUGENE MARDER (State Bar No. 275762)
emarder@mofo.com
MADELEINE E. GREENE (State Bar No. 263120)
mgreene@mofo.com
MICHAEL J. GUO (State Bar No. 284917)
mguo@mofo.com
ALEX N. HADDOCK (State Bar No. 312962)
ahadduck@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

DARALYN J. DURIE (State Bar No. 169825)
ddurie@durietangri.com
STEPHEN ELKIND (*Pro Hac Vice*)
selkind@durietangri.com
DURIE TANGRI LLP
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:   (415) 362-6666
Facsimile:   (415) 236-6300

*Attorneys for Defendant*
BLUE COAT SYSTEMS LLC

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BLUE COAT SYSTEMS LLC, a Delaware Corporation,<br><br>    Defendant. | Case No.: 15-cv-03295-BLF-SVK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Finjan, Inc. and Defendant Blue Coat Systems LLC, by and through their respective undersigned counsel, that pursuant to a confidential settlement agreement, all claims in the above-captioned action may be dismissed with prejudice according to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

Dated: March 2, 2018

By: */s/ Paul J. Andre*
Paul J. Andre (SBN 196585)
Lisa Kobialka (SBN 191404)
James Hannah (SBN 237978)
Hannah Lee (SBN 253197)
  KRAMER LEVIN NAFTALIS
  & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
hlee@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

Respectfully submitted,

Dated: March 2, 2018

By: */s/ Stefani E. Shanberg*
Stefani E. Shanberg

*Attorneys for Defendant*
BLUE COAT SYSTEMS LLC

### ATTESTATION PURSUANT TO CIVIL L.R. 5-1(i)

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Paul J. Andre*
Paul J. Andre

**IT IS SO ORDERED.**

DATED: _____      _____
                                           The Honorable Beth Labson Freeman
                                           United States District Judge